

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-22-00802-CR

Michael Lee **BRODE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-21-0000185
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, we order the trial court's December 16, 2022 nunc pro tunc judgment modified to (1) subtract $975 from the total reimbursement fees of $1050, leaving $75 remaining due under reimbursement fees, (2) on page two under the fines imposed heading, check the box next to "General Fine" and insert "2,000" in the blank indicating the amount of fine, and (3) check the box on the last page indicating the payment of appellant's fines and costs will be made according to a "[p]ayment plan to begin instanter and/or upon release from incarceration and/or by Order Withdrawing from Inmate Trust Account with the Court Compliance Office." Otherwise, the trial court's December 16, 2022 nunc pro tunc judgment is AFFIRMED AS MODIFIED.

SIGNED December 23, 2024.

_____
Irene Rios, Justice